1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCELINO P., | Case No. 2:20-cv-05341-GJS |
| Plaintiff | |
| v. | **JUDGMENT** |
| ANDREW SAUL, Commissioner of Social Security, | |
| Defendant. | |

Pursuant to the Court's Memorandum Opinion and Order,

IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is AFFIRMED and this action is DISMISSED WITH PREJUDICE.

DATED: March 30, 2021

_____
GAIL J. STANDISH
UNITED STATES MAGISTRATE JUDGE